[No. 25432-8-II. Division Two. January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIANNE LINDA BLAKEWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-01480-8, Daniel J. Berschauer, J., entered December 28, 1999. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25728-9-II. Division Two. January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD DALE GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03165-4, D. Gary Steiner, J., entered February 11, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 25925-7-II. Division Two. January 4, 2002.]

*In the Matter of the Estate of* ANTHONY P. SHAY. GARY S. SHAY, *Appellant*, v. MARY ANN McMANUS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-4-01054-7, Bruce W. Cohoe and Frederick B. Hayes, JJ., entered April 21, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 25975-3-II. Division Two. January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. AMANDA LEONA ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00153-1, James E. Warme, J., entered May 16, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.